UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __24-mj-8396-RMM__

UNITED STATES OF AMERICA

vs.

RASHAR LAMON'DRE HENRY,

Defendant.
_____/

FILED BY____SP____D.C.

Aug 20, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Adam C. McMichael*
_____
Adam C. McMichael
Assistant United States Attorney
Southern District of Florida
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Fla Bar No.: 0772321
Office: (561) 209-1040
Email: adam.mcmichael@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RASHAR LAMON'DRE HENRY,<br><br>*Defendant(s)* | Case No. 24-mj-8396-RMM<br><br>FILED BY ___SP___ D.C.<br>Aug 20, 2024<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - West Palm Beach |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2022 - April 7, 2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and ammunition by a prohibited person - convicted felon |
| 26 U.S.C. § 5861(d) | Possession of an unregistered machinegun |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Herbert Kyle Belga, Special Agent / ATF
*Printed name and title*

Sworn to and signed before me by
Telephone (Facetime) per
Fed. R. Crim. P. 4(d) & 4.1

Date: __8/20/24__

*Judge's signature*

City and state: __West Palm Beach, Florida__    Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT
## OF CRIMINAL COMPLAINT

Your affiant, ATF Special Agent Herbert Kyle Belga, being first duly sworn, does hereby depose and state as follows:

### Introduction

1. I am employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May 2021. Prior to my current position, I served in the United States Marine Corps for approximately seven years as a Commissioned Officer. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, the ATF National Academy and ATF Firearms Interstate Nexus Training Course. As an ATF Special Agent, I have conducted and participated in investigations of a variety of federal crimes, including firearms and narcotics violations.

2. I make this Affidavit in support of a criminal complaint and arrest warrant charging **RASHAR LAMON'DRE HENRY** (hereinafter "HENRY"), with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) and possession of an unregistered machinegun, in violation of Title 26, United States Code, Section 5861(d).

3. The facts contained in this Affidavit come from my personal knowledge, training, and experience, as well as information obtained during my investigation from other members of law enforcement, witnesses, and the victims affected by these criminal violations. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, it does not contain all the facts known to me about the investigation, but rather, those facts that I submit establish probable cause of the offenses listed herein.

### PROBABLE CAUSE

4. On or about April 7, 2023, the Riviera Beach Police Department (RBPD) received an anonymous complaint regarding several unwanted persons at a residence located at 816 West 3rd Street, Riviera Beach, Florida, within the Southern District of Florida. At approximately 10:24 PM on the same day, responding RBPD Officers made contact with the homeowner (hereinafter "E.K.") to speak about the complaint, while her grandson was present. RBPD Officers received consent from E.K. to enter the rear area of the residence. The RBPD Officers encountered three (3) unknown males, who were told to leave.

5. According to the RBPD Officers, an unsecured laundry room was attached to the rear of E.K.'s residence where the (3) unknown males were initially observed. When an Officer moved near the opening of the laundry room, in plain view, observed suspected marijuana in a clear plastic bag and an unattended black iPhone with a blue charging cable on top of a washing machine. Upon further investigation, a Glock G33, Pistol, .357 caliber, bearing Serial Number (SN) BTAD280 with an attached suspected "Glock Switch" or Machinegun Conversion Device (MGCD) and another Glock pistol were located. The Glock G33 pistol was located on the ground to the right side of the washing machine and nearest to the black cellular phone. E.K. consented to RBPD seizing the firearms, cellphone, and suspected marijuana. The items were subsequently entered into evidence with the RBPD.

6. While processing the evidence collected from the laundry room, the RBPD ascertained that the black iPhone was assigned phone number of "561-909-9441." On or about September 21, 2023, the Federal Bureau of Investigation (FBI) obtained and executed a federal search for the contents of the black iPhone warrant (Case Number: 23-mj-8483-RMM).

7. Within the iPhone, Law Enforcement identified information that attributed the iPhone to HENRY and also contained evidence related to his illegal possession of firearms and

2

machine guns. Your affiant reviewed a text message conversation between "+15619099441" or HENRY and "+1******5476," which began on or about July 25, 2022. On July 27, 2022, the phone number "+1******5476," sent HENRY a message, "If u wanna off that g33 still." HENRY responded to "+1******5476" with "Never." Your affiant believes that the "…g33…" refers to the same firearm recovered by RBPD on April 7, 2023, from the laundry room.

8. Your affiant reviewed a video titled "lvi-21919842759524480565_partial" which appears to have been created on or about November 22, 2022. It depicts who your affiant believes is HENRY, manipulating a Glock pistol with an attached MGCD. In the video, HENRY can be identified by a tattoo with the starting letter "Q" on his left hand. Your affiant additionally observed several markings on the suspected Machinegun and believes it is a Glock, G21 (pistol), .45 Auto caliber with a pistol mounted light marked with "P10GL." Your affiant listened to the audio recorded within the video and it appears that HENRY made gun sounds imitate a machinegun. A still image from the video is depicted below.



3

9. Your affiant identified another video in HENRY's iPhone titled "telegram-cloud-document-15010654481264673649." It seemingly depicts HENRY with the same or similar left-hand tattoo with what appears to be the same or similar Glock G21, pistol, with an attached MGCD and pistol mounted light with the marking of "P10GL." The video appears to have been created on or about December 31, 2022. Your affiant also listened to the audio and HENRY displayed the firearm making rapid audible gunfire sounds, suspected to imitate a machinegun. A still image of the second video described is below.



10. Your affiant was made aware that HENRY has an active Instagram account with a username of "kutta42.5." According to Instagram (based on photographs/social media posts uploaded to Instagram and shared publicly), on June 13, 2023, HENRY posted three (3) photos with the caption "Feds n Town Y'all Be On Beat ♥ 🩸." The third photo posted depicts HENRY making hand signs and notes that HENRY's left hand has a tattoo, "QUIS." The design of the

4

tattoo is similar, if not the same, as observed in the above-described videos. The images from Instagram are depicted below.

 

11. Your affiant also reviewed a video titled "IMG_1981.MOV," within HENRY's iPhone. The video appears to have been created on or about November 22, 2022. Your affiant believes it reveals HENRY, manipulate a suspected MGCD attached to what appears to be a Glock pistol. During this video, on the underside of the firearms slide, engraved numbers could be observed, "10245711." Your affiant notes that the slide was still attached to the frame and approximately eight (8) numbers were visible in the video.

12. Your affiant viewed the Glock G33, pistol bearing SN: BTAD280, seized by RBPD on April 7, 2023. Under the firearm's slide, your affiant identified the full number sequence as "1024571135." Glock, Inc. was contacted and on July 2, 2024, your affiant was informed that the number under the slide correlated with a firearm, a Glock G33, .357 caliber with a SN of BTAD280. According to HENRY's text messages, the video "IMG_1981.MOV" was sent by

5

HENRY to "+15617194293" on November 22, 2022, at approximately 2:44 PM. The number can be seen in the images below.

 

13. Your affiant submitted the Glock G33, pistol, bearing Serial Number (SN) BTAD280 with attached MGCD to ATF Firearms & Ammunition Technology Division (FATD) for identification. On or about June 14, 2024, your affiant received a Report of Technical Examination from ATF FATD, which determined that the Glock G33 (pistol, bearing SN: BTAD280) with an attached machinegun conversion device, is a "machinegun" as defined in 26 U.S.C. § 5845(b).

14. Your affiant, who is certified through ATF's Firearms Interstate Nexus Training course examined the aforementioned firearms and ammunition to determine the interstate commerce nexus. Based on your affiant's training and experience, as well as the manufacturers' markings on said items, these firearms were manufactured outside the state of Florida, and therefore, have traveled in and affected interstate and/or foreign commerce.

6

15. A query of the Florida State judgement and sentencing records recovered from the Florida Comprehensive Case Information System ("CCIS"), as well as Florida Department of Corrections records, confirmed that HENRY is a convicted felon. On or about February 12, 2020, in Palm Beach County, under Circuit Court Case No. 502019CF005478DXXXMB, HENRY was adjudicated guilty for the offenses of racketeering, conspiracy to commit racketeering, shooting into a building, second-degree arson, carrying a concealed firearm, and grand theft of a motor vehicle, all felony offenses in the state of Florida. HENRY was sentenced to three years and six months in the Department of Corrections.

## CONCLUSION

16. On the basis of the foregoing, your affiant respectfully submits that probable cause exists to charge **RASHAR LAMON'DRE HENRY** with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and possession of an unregistered machinegun, in violation of Title 26, United States Code, Section 5861(d).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Special Agent Herbert Kyle Belga
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Attested to me telephonically (via facetime) by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 this 20 day of August 2024.

HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

## CASE NO. 24-mj-8396-RMM

Defendant's Name: **RASHAR LAMON'DRE HENRY**,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
|  | Possession of a Firearm and Ammunition by Prohibited Person – Convicted Felon | 18 U.S.C. § 922(g)(1) | 15 years' imprisonment $250,000 fine 3 years' supervised release |
|  | Possession of an Unregistered Machinegun | 26 U.S.C. § 5861(d) | 10 years' imprisonment $10,000 fine 3 years' supervised release |